IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE LOPEZ, by his wife and next best friend, Sandra Cardiel, | ) ) ) | Case No. 12 cv 5751 |
| Plaintiff, | ) ) | Hon. John Robert Blakey |
| v. | ) ) | Hon. Geraldine Soat Brown |
| STEVAN VIDLJINOVIC, Star No. 4051, et al. | ) ) | JURY DEMANDED |
| Defendants. | ) ) ) ) | |

**DEFENDANT CITY OF CHICAGO'S RULE 56.1(a)(3)
STATEMENT OF UNDISPUTED FACTS**

**EXHIBIT LIST**

**Exhibit A:** Plaintiff's Fourth Amended Complaint

**Exhibit B:** Plaintiff's Answers to Defendant City of Chicago's First Set of Interrogatories to Plaintiff

**Exhibit C:** Defendant City's Answer to Plaintiff's Fourth Amended Complaint

**Exhibit D:** Plaintiff's Initial Rule 26(a)(1) Disclosures

**Exhibit E:** Letter from Plaintiff's Counsel

**Exhibit F:** Report of Mr. Hayden

**Exhibit G:** Deposition of Philip P. Hayden

**Exhibit H:** G.O. 02-08

**Exhibit I:** G.O. 02-08-01A

**Exhibit J:** G.O. 02-08-02 and G.O. 02-08-02A

**Exhibit K:** G.O. 02-08-03

**Exhibit L:** Special Order S03-08

**Exhibit M:** Special Orders S04-20 and S04-20-02

**Exhibit N:** Report of Darrell L. Ross

**Exhibit O:** Report of Frank W. Nagorka