**TAB 2**

```
09-14-12;02:32PM;                    OFFICE OF EMERGENCY                                   @002
09/11/2012 15:15 FAX 1 312 746 7996
```

CHICAGO POLICE DEPARTMENT                                      11-SEP-2012    PAGE    1
EVENT QUERY

Event # 1120302482

| Type | Location | Date | Pri | DG | Svc Beat | Disp |
|---|---|---|---|---|---|---|
| EMS | 2451 S ALBANY AV | 22-JUL-2011 03:27:43 | 1A | 010 | 1033 | FILE |

| Source | Response Level | Caller | Phone |
|---|---|---|---|
| E | 1 | SPRINTPCS | 773-263-1916 |

Address of Occurrence                                                          Occ Beat
2451 S ALBANY AV                                                               1033

Event Chronology

| Date | Activity | Wkstn | Person | Text |
|---|---|---|---|---|
| 22-JUL-2011 03:21:21 | REC | | | |
| 22-JUL-2011 03:27:43 | ENTRY | PCT35 | C108843 | EventLocation, CallerLocation have been changed. |
| 22-JUL-2011 03:27:43 | ADVD | PCT35 | C108843 | Dispo: FILE, Advised/ 'File' action entered |
| 22-JUL-2011 03:27:43 | XREF | PCT35 | C108843 | #CFD112030210 with Ali/Anl number: 66954053 |
| | RMKS | | | *** WIRELESS CALL *** |
| | RMKS | | | SPANISH 9359 |
| | | | | 40YOA MALE HAVING CHEST PAINS |
| | | | | NFI |

FCRL000008

PLAINTIFF'S EXHIBIT 2B — Blumberg No. 5113

09-14-12;02:32PM;
08/11/2012 15:15 FAX 1 312 746 7996   OFFICE OF EMERGENCY                                        ☐ 003

CHICAGO POLICE DEPARTMENT                                         11-SEP-2012    PAGE    1
EVENT QUERY

Event # 1120302564

| Type | Location | Date | Pri | DG | Svc Beat | Disp |
|---|---|---|---|---|---|---|
| POL2 | 2451 S ALBANY AV | 22-JUL-2011 03:38:54 | 1A | 010 | 1033 | 5079 |
| Source | Response Level | Caller | | | Phone | |
| R | 1 | | | | | |

Address of Occurrence                                                           Occ Beat
2451 S ALBANY AV                                                                 1033

Event Chronology

| Date | Activity | Wkstn | Person | Text |
|---|---|---|---|---|
| 22-JUL-2011 03:38:54 | POL1REQ | FD87 | RR311 | Type: POL2, #0220 NEED CPD FOR DRUG OVERDOSE |
| 22-JUL-2011 03:39:11 | DSP | PD41 | D559877 | 1033R |
| 22-JUL-2011 03:39:18 | ACK | PMDT4423 | PC0AA43 | 1033R |
| 22-JUL-2011 03:41:15 | XREF | PD40 | D106919 | #CFD1120302577 by PD40, Unit 1033R, Unit 1033R |
| 22-JUL-2011 03:41:20 | MISC | PD40 | D106919 | 1033R REQ TASER |
| 22-JUL-2011 03:41:24 | ASST | PD40 | D106919 | 1011R |
| 22-JUL-2011 03:42:06 | ASST | PD40 | D106919 | 1030R |
| 22-JUL-2011 03:42:11 | ACK | PMDT4366 | PC0AB42 | 1011R |
| 22-JUL-2011 03:43:11 | ASST | PD40 | D106919 | 1032R |
| 22-JUL-2011 03:43:13 | AUTPRE | PD41 | D559877 | 1032R |
| 22-JUL-2011 03:43:13 | ASST | PD41 | D559877 | 1032R |
| 22-JUL-2011 03:43:48 | ASST | PD40 | D106919 | 1071R |
| 22-JUL-2011 03:43:49 | AUTPRE | PD41 | D559877 | 1071R |
| 22-JUL-2011 03:43:49 | ASST | PD41 | D559877 | 1071R |
| 22-JUL-2011 03:45:07 | MISC | PD40 | D106919 | 1033R 1011R TASER 4051 |
| 22-JUL-2011 03:45:08 | MISC | PD41 | DT559877 | 1011R TAZOR DEPLOYED |
| 22-JUL-2011 03:47:36 | COPYT | PD40 | D106919 | Copied To Event(s): #CPD1120302630 |
| 22-JUL-2011 03:54:28 | PREMP | PD40 | D106919 | 1030R |
| 22-JUL-2011 03:54:38 | CLOC | PD40 | D106919 | 1011R [010 TRR] |
| 22-JUL-2011 03:57:42 | SUPP | PDT97 | D548030 | Remarks Added |
| 22-JUL-2011 04:02:19 | ASST | PD40 | D106919 | 1030R |
| 22-JUL-2011 04:02:52 | CLOC | PD40 | D106919 | 1030R [MSH] |
| 22-JUL-2011 04:03:05 | ACK | PMDT4389 | PC0U445 | 1030R |
| 22-JUL-2011 04:08:20 | CLEAR | PMDT4377 | PC0W993 | 1071R |
| 22-JUL-2011 04:12:37 | CLOC | PD41 | D306526 | 1033F [MT SINAI] |
| 22-JUL-2011 04:12:45 | CLOC | PD41 | D306526 | 1032R [ MT SINAI] |
| 22-JUL-2011 04:16:15 | CLOC | PD40 | D106919 | 1030R [010] |
| 22-JUL-2011 04:17:38 | CLEAR | PMDT4385 | PC0AB70 | 1032R |
| 22-JUL-2011 04:17:42 | CLOC | PMDT4423 | PC0AA43 | 1033R [010 REPORTS] |
| 22-JUL-2011 04:24:43 | CASERD | PC0AA43 | PC0AA43 | RDG Report Number $CPDHT409496  D/5079 By: PC0AA43 |
| 22-JUL-2011 05:16:59 | CLEAR | PD41 | D306526 | 1033R 1011R 1030R |
| 22-JUL-2011 05:16:59 | CLOSE | PD41 | D306526 | |

FCRL000009

PLAINTIFF'S EXHIBIT 2C  Blumberg No. 5113

09-14-12;02:32PM;

09/11/2012 15:16 FAX 1 312 746 7996　　OFFICE OF EMERGENCY　　☑004

| CHICAGO POLICE DEPARTMENT | | | | | 11-SEP-2012 | PAGE | 2 |
|---|---|---|---|---|---|---|---|
| EVENT QUERY | | | | | | | |

Event # 1120302564

Event Chronology

| Date | Activity | Wksm | Person | Text |
|---|---|---|---|---|
| | RMKS | | | #0220 NEED CPD FOR DRUG OVERDOSE |
| | RMKS | | | NOTIFICATIONS |
| | | | | OEMC W/M - CRUMP |
| | | | | OPR. CMD - CHICZAWSKI *16269 |
| | | | | 010TH DIST W/C - DUBIEL *194 (VIA DESK) |
| | | | | BY PCO2 YOUNG // CW7 |

Unit Summary

| Unit | Dispatch | Enroute | Onscene | T | TA | TC | Clear |
|---|---|---|---|---|---|---|---|
| 1033R | 03:39:11 | 04:12:37 | | | | | 05:16:59 |
| 1011R | 03:41:24 | 03:54:38 | | | | | 05:16:59 |
| 1030R | 03:42:06 | | | | | | 03:54:28 |
| 1032R | 03:43:11 | | | | | | 03:43:13 |
| 1032R | 03:43:13 | 04:12:45 | | | | | 04:17:38 |
| 1071R | 03:43:48 | | | | | | 03:43:49 |
| 1071R | 03:43:49 | | | | | | 04:08:20 |
| 1030R | 04:02:19 | 04:02:52 | | | | | 05:16:59 |

FCRL000010

PLAINTIFF'S EXHIBIT 2D

09/11/2012 15:16 FAX 1 312 746 7996     OFFICE OF EMERGENCY     ☒006

CHICAGO POLICE DEPARTMENT      11-SEP-2012    PAGE    1
EVENT QUERY

Event # 1120302630

| Type | Location | Date | Pri | DG | Svc Beat | Disp |
|---|---|---|---|---|---|---|
| NFY | 2451 S ALBANY AV | 22-JUL-2011 03:47:36 | 3D | FD | 1033 | |
| Source | Response Level | Caller | | | Phone | |
| S | 1 | | | | | |

Address of Occurrence      Occ Beat
2451 S ALBANY AV      1033

Event Chronology

| Date | Activity | Wkstn | Person | Text |
|---|---|---|---|---|
| 22-JUL-2011 03:47:36 | ENTRY | PD40 | D106919 | |
| 22-JUL-2011 03:47:36 | COPYF | PD40 | D106919 | Copied From Event #CPD1120302564 |
| 22-JUL-2011 03:47:36 | COPYF | PD40 | D106919 | Copied 1 remarks from Event #CPD1120302564 |
| 22-JUL-2011 03:57:15 | FILE | PDT97 | D548030 | Event Filed: DONE |
| | RMKS | | | #0220 NEED CPD FOR DRUG OVERDOSE |
| | RMKS | | | "** Copy from #CPD1120302564 to #CPD1120302630 *** No RD Records copied No disposition copied from event #CPD1120302564 |
| | RMKS | | | TASER DEPLOYMENT BY 1011R #4051 VIDLUINOVIC, STEVAN 1030R NFYD SUPV CRUMP NFYD |

FCRL000012

PLAINTIFF'S EXHIBIT 2F