**TAB 4**

Incident Detail                                                                                                          Page 1 of 2

# Chicago Fire Department

3510 S Michigan Ave. 2nd Floor, Chicago, Illinois 60616     (312) 745-4200

| Patient: | LOPEZ, JOSE |
|---|---|
| Case Type: | CHEST PAIN VICTIM |
| Case Status: | CLOSED |

## CALL
- Run #: 112030210
- Case type: CHEST PAIN VICTIM
- Scene: 2451 S ALBANY AV
- Town: CHICAGO
- State: IL, 60623
- Station: A45
- Case Nature:
- Shift/Veh.: EMS 4, C090
- Skillset: ALS
- Dispatched: EMERGENCY
- Crew: SANDRA CHEATHAM, 18741, PIC, AC/PIC
  JULIO MENDOZA, 20214, P, FPM
- Police #: ,
- Delay to Scn:
- Hosp Ord #:

## PATIENT
- Patient Name: LOPEZ, JOSE
- Sex: M  DOB: 5/8/1962  Age: 49 YR
- Weight: 200 LB  Lang.
- Address: 7605 W 61ST
- City,St,Zip: SUMMT, IL 60401
- Pt. Ph: [H]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
- SSN: 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
- Resp Party: LOPEZ, JOSE
- Address: 7605 W 61ST
- City, State Zip: SUMMT, IL 60401
- City, State Phone: SUMMT, IL 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
- Witness/Guardian Name/Type: SASKAK RN, /HR PtRep unw/una
- Address: MT SINAI HOSP
- City,St Zip: CHGO,
- Home Ph:

## DATES/TIMES
| | ODOM |
|---|---|
| Received | 7/22/2011 |
| Dispatched | 03:25 |
| At Location | 03:38 |
| At Patient | 03:38 |
| Departed Scene | 03:55 |
| Hosp. Notif. | |
| At Destination | 04:00 |
| Clear | |
| Return to Base | |

WHEELED
Trip Dist.

## ▶ Hx PRESENT
| Subject | Description/Details |
|---|---|
| COMPLAINT | SLURRED SPEECH: |
| CAUSE | SUBSTANCE ABUSE: |
| SYMPTOMS | IRRITABLE: |

☐ NOTE: U/A FOUND PATIENT WALKING AROUND ON SCENE ACTING ERRATICALLY SWING ARMS. PER SPOUSE PATIENT HAS BEEN CONSUMING ETOH & POSS UNKNOWN DRUG SUBSTANCE. Chicago Police Department ON SCENE TAZERED PATIENT. PATIENT SECURED TO STRETCHER. ALS CARE NOTED BELOW. UNABLE FOR IV DUE PATIENT BEING SEVERALLY COMBATIVE. PATIENT T/P TO MY.SINAI FOR FURTHER EVAL/CARE. PATIENT RELEASED TO ER STAFF. ALL TIMES ARE APPROX.//JM

## ◀ Hx PAST
| Subject | Description/Details |
|---|---|
| ALLERGIES | UNKNOWN: |
| MEDS | UNKNOWN: |
| PREEXIST | SUBSTANCE ABUSE: |

## 👁 FINDINGS
| | | | |
|---|---|---|---|
| AIRWAY: | STATUS: PATENT | GENERAL | SLURRED SPEECH |
| BREATH: | QUALITY: NON-LABORED, (R) LS: CLEAR, (L) LS: CLEAR, CHEST WALL EXPANSION: EQUAL EXPANSION | | |
| CIRCUL: | STATUS: PRESENT, SITE: RADIAL, STRENGTH: STRONG, REGULARITY: REGULAR, CAP. REFILL: NORMAL, CAP. REFILL: NORMAL | | |
| GCS: | SCORE: 12, EYES: 4-SPONTANEOUS, VERBAL: 3-INAPPROP. WORDS, MOTOR: 5-LOCALZ. PAIN | | |
| LOC: | ORIENTATION: DISORIENTED, AVPU: ALERT | | |
| PTFOUND: | POSITION: WALKING AT SCENE | | |
| SKIN: | TEMP: NORMAL, COLOR: NORMAL, MOISTURE: NORMAL | | |

Impression: SUBSTANCE ABUSE

## ✚ MANAGEMENT and REASSESSMENT
| Time | Subject | Description/Details | | | | |
|---|---|---|---|---|---|---|
| | | BP | P | R | SPO2 | Pos |
| 03:38 | TREATMENT | BSI: AMB CREW YES, GLOVES YES | | | | |
| 03:41 | TREATMENT | ECG: RESULTING RHYTHM SINUS TACHYCARDIA, RATE NN/MIN | | | | |
| 03:52 | VITALS | / | 102 | 30 | | |
| 03:56 | BLOOD SUGAR | BLOOD SUGAR 144 | | | | |

☑ RESULT                                                                                    ✍ AUTHORIZATION

http://10.220.148.101/safetypad/IncidentDetail.asp                                           10/2/2012

Lopez 12 C 5751
FCRL000059

PLAINTIFF'S EXHIBIT 4  Blumberg No. 5113

Incident Detail  Page 2 of 2

| | |
|---|---|
| Disposition | TX / TRANS BY THIS UNIT |
| Trans. Result | |
| Destination | MT. SINAI |
| Dest. Reason | CLOSEST ED |
| Status | EMERGENCY |
| DelayFScn | |
| Hosp UR# | |
| MedCtl, Name | , |
| Tape/Log | / |
| PT Priority | |
| To Ambulance | STRETCHER |
| In Ambulance | STRETCHER |
| From Ambulance | STRETCHER |

**Signature by Patient Representative** As a representative signing this record on behalf the patient, I represent that I am either (1) the patients legal guardian; (2) a person wh receives governmental benefits on behalf of the patient; (3) a person who arranges f patients treatment or exercises other responsibility for the patients affairs such as a relati or a friend; or (4) a representative of an agency or institution that did not furnish the servic for which payment is made but furnished care, services, or assistance to the patient. Th following representatives signature does not constitute acknowledgement of financi responsibility for the services rendered to the patient.

**Statement by Provider when Patient Unable to Sign and No Representative Availab** By signing this record, the Medical Transport Personnel hereby represents that the patie is unable to sign for the reasons set forth in this patient care report and that no patie representative is available and willing to sign on behalf of the patient at the time transport. The following signature does not constitute acknowledgement of financi responsibility for the service rendered to the patient.

**Signature by Hospital Representative (HR) when Patient Unable to Sign and N Representative Available**
As an employee of the above hospital, I hereby acknowledge that this patient whose nam appears above was transported by the Chicago Fire Department to this institution f medical care at the above-indicated date and time. The following signature does n constitute acknowledgement of financial responsibility for the service rendered to th patient. The following signature does not attest to the patients medical condition.

MEDIC1  
CHEATHAM S, PARAMEDIC WITNESS

PATIENT  
LOPEZ, PATIENT UNABLE LANGUAGE BARRIER

MEDIC2  
MENDOZA J, PARAMEDIC

SASKAK RN, HR PtRep  
unw/una

http://10.220.148.101/safetypad/IncidentDetail.asp  10/2/2012

Lopez 12 C 5751  
FCRL000060