**TAB 11**

**CHICAGO POLICE DEPARTMENT**
**ORIGINAL CASE INCIDENT REPORT**
3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police Department Personnel Only)
CPD-11.388(6/03)-C)

RD #: HT409496
EVENT #: 1120302564
Case ID: 8174797 CASR229

### INCIDENT

**CLOSED NON-CRIMINAL**

IUCR: 5079 - Non-Criminal - Mental Health Transport

Occurrence Location: 2500 S Albany Ave, Chicago IL, 304 - Street
Beat: 1033
Unit Assigned: 1033R
RO Arrival Date: 22 July 2011 03:42
Occurrence Date: 22 July 2011 03:38

### NON OFFENDER

**VICTIM - Individual**

Name: LOPEZ, Jose A
Res: 2451 S Albany Ave, Chicago IL
Beat: 1033
Beat: 5100

Demographics: Male, White Hispanic
DOB: 08 May 1962
Age: 49 Years

Identification:
Type: State Id
State: Illinois
Number: 12042162132L

Sobriety: Intoxicated

**PERSON REPORTING OFFENSE - Individual**

Name: ESCOBEDO, Maria
Res: 2451 S Albany Ave, Chicago IL
773 - 762 - 2451
Beat: 1033
Beat: 5100

Demographics: Female, White Hispanic
DOB: 04 January 1979
Age: 32 Years

### DOMESTIC INFO

### OTHER

**Miscellaneous**
Victim Information Provided
Flash Message Sent? No

### NARRATIVE

EVENT#02564 IN SUMMARY, R/O'S ASSIGNED A CALL RE: ASSIST CFD. ONCE ON SCENE, R/O'S MET WITH CFD WHO RELATED THAT THEY HAD BEEN ON SCENE FOR ABOUT 15 MINUTES PRIOR TO R/O'S ARRIVAL TRYING TO GET HIM IN THE AMBULANCE FOR EVALUATION. JOSE LOPEZ (VICTIM) WAS OBSERVED IN THE STREET AND WAS VERY IRATE, MUMBLING, PACING BACK AND FORTH AND BREATHING HEAVILY. VICTIM APPEARED TO BE UNDER THE INFLUENCE OF DRUGS AND ALCOHOL. MARIA ESCOBEDO (PERSON REPORTING OFFENSE) STATED TO R/O'S THAT HE WAS OUT ALL NIGHT AND FOUND HIM ACTING IRATE WHEN SHE ARRIVED HOME. R/O'S THEN PROCEEDED TO APPROACH VICTIM AT WHICH TIME, VICTIM REFUSED TO LISTEN TO VERBAL COMMANDS AND CLINCH HIS FISTS TOWARDS R/O'S IN A AGGRESSIVE MANNER. OFFICER VIDJINOVIC #4051 DEPLOYED TASER FOR OFFICER SAFETY AT 3038 W. 25TH ST. VICTIM WAS TRANSPORTED TO MT. SINAI BY CFD AMB#45. AT TIME OF REPORT, PER DR. ORELLANA VICTIM IS AWAITING TREATMENT AND IS BELIEVED TO BE UNDER THE INFLUENCE OF PCP, COCAINE AND ALCOHOL.
REPORTING OFFICER - STAR#: 11820 NAME: JOSE VALDOVINOS BEAT: 1033R
ASSISTING OFFICER - STAR#: 4051 NAME: STEVAN VIDLJINOVIC BEAT: 1011R

RD #: HT409496

Print Generated By: SIZEMORE, GAIL (PC0E710)  Page 1 of 2  28-AUG-2012 14:07


FCRL000001


PLAINTIFF'S EXHIBIT 5

RD #: HT409496

**Chicago Police Department - Incident Report**

| | | Star No | Emp No | Name | User | Date | Unit | Beat |
|---|---|---|---|---|---|---|---|---|
| PERSONNEL | Approving Supervisor | 1811 | #22511 | KEARNS, Mark, E | (PC0U445) | 22 Jul 2011 05:04 | 011 | |
| | Reporting Officer | 15164 | #106912 | ALAMILLO, Armando | (PC0AA43) | 22 Jul 2011 04:46 | 010 | 1033R |

