**TAB 12**

# OFFICER'S BATTERY REPORT
## CHICAGO POLICE DEPARTMENT

RD NO. **HT409496**

**INSTRUCTIONS:** This form is to be completed for all incidents when: (1) a sworn member is the victim of a murder, aggravated battery, battery, aggravated assault, or assault while performing a police function either on-duty or off-duty, (2) a detention aide is the victim of a murder, aggravated battery, battery, aggravated assault, or assault while in the performance of his or her duties.

"X APPLICABLE BOXES"

## OFFICER INFORMATION

| Field | Value |
|---|---|
| NAME (LAST - FIRST - M.I.) | VIDLJINOVIC, STEVAN |
| STAR NO. | 4051 |
| POSITION | POLICE OFFICER |
| DATE OF APPOINTMENT | 28-APR-2008 |
| EMPLOYEE NO. | 106133 |
| UNIT OF ASSIGNMENT | 010 |
| BEAT/CALL NO. | 1011R |
| SEX | [X] 1. M  [ ] 2. F |
| RACE | WHITE |
| DOB | [redacted] |
| HEIGHT | 602 |
| WEIGHT | 225 |

## INCIDENT INFORMATION

- [ ] 1. INDOOR   [X] 2. OUTDOOR
- ADDRESS OF OCCURRENCE: **3038 W 25TH ST**
- CITY: [X] CHICAGO
- STATE (If outside Chicago):
- LOCATION CODE: 304-STREET
- BEAT OF OCCURRENCE: 1033
- DATE OF OCCURRENCE: 22-JUL-2011
- TIME: 03:54:00
- DAY OF WEEK: FRIDAY
- NO. OF OFFICERS BATTERED: 1
- WERE THERE ASSISTING UNITS ON SCENE? 1. [X] YES   2. [ ] NO
- IF YES HOW MANY ASSISTING OFFICERS WERE PRESENT AT TIME BATTERY (EXCLUDING YOU OR YOUR PARTNERS)? **7**

## TYPE OF ASSIGNMENT WHEN BATTERY OCCURRED

- [X] 1. ON DUTY
  - [X] A. UNIFORM, PATROL DUTY
  - [ ] B. UNIFORM, OTHER DUTY  Describe _____
  - [ ] C. CITIZEN'S DRESS
  - [ ] D. TACTICAL
  - [ ] E. B.I.S. UNIT
  - [ ] F. SPECIAL EMPLOYMENT
  - [ ] G. OTHER _____
- [ ] 2. OFF DUTY
- [ ] 3. SPECIAL EMPLOYMENT
- [ ] 4. SECONDARY / OTHER

WORKING:
- [ ] A. ALONE
- [X] B. WITH ONE PARTNER
- [ ] C. WITH MULTIPLE PARTNERS  How many? _____

PATROL TYPE:
- [X] A. SQUAD CAR
- [ ] B. FOOT
- [ ] C. BICYCLE
- [ ] D. APV/MOTORCYCLE
- [ ] E. SQUADROL
- [ ] F. OTHER _____

## MANNER OF ATTACK

- [ ] 01. SHOT
- [ ] 02. SHOT AT
- [ ] 03. STABBED/CUT (INCLUDING ACTUAL ATTEMPT)
- [ ] 04. STRUCK/BLUNT FORCE (INCLUDING ACTUAL ATTEMPT)
- [X] 05. OTHER (INCLUDING VERBAL THREATS)

## TYPE OF WEAPON/THREAT

(Check all that apply):
- [ ] A. FIREARM CALIBER _____
  - [ ] 1. REVOLVER
  - [ ] 2. SEMI-AUTOMATIC
  - [ ] 3. RIFLE
  - [ ] 4. SHOTGUN
- [ ] B. VEHICLE
  - [ ] 1. OFFICER STRUCK WITH VEHICLE
  - [ ] 2. ATTEMPTED TO STRIKE OFFICER WITH VEHICLE
- [ ] C. KNIFE/OTHER CUTTING INSTRUMENT
- [ ] D. HANDS/FISTS
- [ ] E. FEET
- [ ] F. MOUTH (SPIT, BITE, ETC.)
- [ ] G. VERBAL THREAT (ASSAULT)
- [X] H. OTHER (SPECIFY) **/CLENCHED FISTS WHILE WALKING TOWARD R/O'S DIRECTION**
- [ ] I. BLUNT INSTRUMENT

FIREARM USE INFORMATION (Check all that apply):
- [ ] A. OFFICER AT GUNPOINT
- [ ] B. OFFICER'S OWN WEAPON OBTAINED
- [ ] C. ATTEMPTED TO OBTAIN OFFICER'S OWN WEAPON

## TYPE OF ACTIVITY

- [ ] A. AMBUSH - NO WARNING
- [ ] B. TRAFFIC STOP/PURSUIT
- [ ] C. INVESTIGATING SUSPICIOUS PERSON
- [ ] D. DISTURBANCE - DOMESTIC
- [X] E. DISTURBANCE - MENTAL PATIENT
- [ ] F. DISTURBANCE - RIOT/MOB ACTION/CIVIL DISORDER
- [ ] G. DISTURBANCE - OTHER
- [ ] H. MAN WITH A GUN
- [ ] I. PURSUING/ARRESTING OFFENDER (Specify) CHARGE _____ IUCR CODE _____
- [ ] J. PROCESSING/TRANSPORTING/GUARDING A PRISONER (Specify) ORIGINAL CHARGE _____ ORIGINAL IUCR CODE _____
- [ ] K. OTHER

## OFFENDER INFORMATION

| Field | Value |
|---|---|
| SEX | [X] 1. M  [ ] 2. F |
| RACE | WHITE HISPANIC |
| DOB | 08-MAY-1962 |
| CB NO. | |
| IR NO. | |

WAS THE OFFENDER'S ACTIVITY:
- DRUG RELATED?   [ ] 1. YES   [ ] 2. NO   [X] 3. UNKNOWN
- GANG RELATED?   [ ] 1. YES   [X] 2. NO   [ ] 3. UNKNOWN
- NO. OF OFFENDERS PRESENT? **1**

## TYPE OF INJURY TO OFFICER

- [ ] A. FATAL
- [ ] B. NON-FATAL - MAJOR INJURY (Broken Bones/Serious Lacerations/Internal Injuries)
- [ ] C. NON-FATAL - MINOR INJURY (Bruises/Swelling/Minor Abrasions)
- [X] D. NONE APPARENT/NONE

## LIGHTING CONDITIONS AT INCIDENT

- [ ] A. DAYLIGHT
- [ ] B. NIGHT
- [ ] C. DAWN
- [ ] D. DUSK
- [X] E. ARTIFICIAL LIGHT
  - [ ] 1. POOR
  - [X] 2. GOOD

## WEATHER CONDITIONS

- [X] A. CLEAR
- [ ] B. RAIN
- [ ] C. SNOW
- [ ] D. FOG / SMOKE / HAZE
- [ ] E. SLEET / HAIL
- [ ] F. SEVERE CROSS WIND
- [ ] G. OTHER
- APPROXIMATE OUTDOOR TEMPERATURE: **82 °F**

CPD-11.451 (REV. 1/04)

FCRL000003

PLAINTIFF'S EXHIBIT 6 (Blumberg No. 5113)