**TAB 13**

# TACTICAL RESPONSE REPORT / Chicago Police Department

## MEMBER INVOLVED

| 1. DATE OF INCIDENT | TIME | 2. ADDRESS OF OCCURRENCE | 3. LOCATION CODE | 4. BEAT/OCCUR |
|---|---|---|---|---|
| 22-JUL-2011 | 03:54:00 | 3038 W 25TH ST CHICAGO, IL 60623 | 304 | 1033 |

| 5. POSITION | 6. LAST NAME | 7. FIRST NAME | 8. STAR NO. | 9. SEX | 10. RACE CODE | 11. AGE | 12. HT. | 13. WT. |
|---|---|---|---|---|---|---|---|---|
| 9161 | VIDLJINOVIC | STEVAN | 4051 | ☒ 01 M  ☐ 02 F | WHI | | 602 | 225 |

| 14. DATE OF APPT. | 15. EMPLOYEE NO. | 16. UNIT & BEAT OF ASSIGNMENT | 17. DUTY STATUS | 18. MEMBER INJURED? | 19. MEMBER IN UNIFORM? |
|---|---|---|---|---|---|
| 28-APR-2008 | 106133 | 010  1011R | ☒ 01 On ☐ 02 Off | ☐ 01 Yes ☒ 02 No | ☒ 01 Yes ☐ 02 No |

## SUBJECT INFORMATION

| 20. LAST NAME | 21. FIRST NAME | 22. M.I. | 23. SEX | 24. RACE | 25. D.O.B. | 26. HT. | 27. WT. |
|---|---|---|---|---|---|---|---|
| LOPEZ | JOSE | A | ☒ 01 M ☐ 02 F | WWH | 08-MAY-1962 | 506 | 180 |

| 28. ADDRESS | 29. TELEPHONE NO. | 30. WAS SUBJECT ARMED? OTHER (SPECIFY) | 31. SUBJECT INJURED? | 32. SUBJECT ALLEGED INJURY? |
|---|---|---|---|---|
| 2451 S ALBANY AVE CHICAGO, IL 60623 | | ☐ 01 Yes ☒ 02 No | ☐ 01 Yes ☒ 02 No | ☐ 01 Yes ☒ 02 No |

| 33. WHERE WAS MEDICAL TREATMENT OBTAINED? | 34. BY WHOM? | 35. CONDITION |
|---|---|---|
| MOUNT SINAI HOSPITAL | DR. ORELLANA | ☐ 01 Apparently Normal  ☒ 02 Under Influence  ☒ 03 Hospitalized  ☐ 04 Not Hospitalized  ☐ 05 Refused Medical Aid |

36. CHARGES PLACED ☐ DNA    37. CB NO.    IR NO. ☐ DNA

## REASON FOR USE OF FORCE (Check all that apply)

### 38. SUBJECT'S ACTIONS

| PASSIVE RESISTER | ACTIVE RESISTER | ASSAILANT:ASSAULT | ASSAILANT:BATTERY | ASSAILANT:DEADLY FORCE |
|---|---|---|---|---|
| DID NOT FOLLOW VERBAL DIRECTION ☒ | FLED ☐ | IMMINENT THREAT OF BATTERY ☒ | ATTACK WITH WEAPON ☐ | USES FORCE LIKELY TO CAUSE DEATH OR GREAT BODILY HARM |
| STIFFENED (DEAD WEIGHT) ☒ | PULLED AWAY ☐ | OTHER _____ | ATTACK WITHOUT WEAPON ☐ | WEAPON ☐ |
| OTHER _____ | OTHER _____ | | OTHER _____ | OTHER _____ |

### MEMBER'S RESPONSE

| | | | | |
|---|---|---|---|---|
| MEMBER PRESENCE ☒ | OPEN HAND STRIKE ☐ | ELBOW STRIKE ☐ | KNEE STRIKE ☐ | FIREARM ☐ |
| VERBAL COMMANDS ☒ | TAKE DOWN / EMERGENCY HANDCUFFING ☒ | CLOSED HAND STRIKE/PUNCH ☐ | KICKS ☐ | OTHER _____ |
| ESCORT HOLDS ☐ | OC CHEMICAL WEAPON ☐ | | | |
| WRISTLOCK ☐ | CANINE ☐ | IMPACT WEAPON (Describe in Box 40) ☐ | IMPACT MUNITION (Describe in Box 40) ☐ | |
| ARMBAR ☐ | TASER (Probe Discharge) ☒ | | | |
| PRESSURE SENSITIVE AREAS ☐ | TASER (Contact Stun) ☐ | | | |
| CONTROL INSTRUMENT ☐ | TASER (Laser Targeted) ☐ | | | |
| OC/CHEMICAL WEAPON W/AUTHORIZATION ☐ | TASER (Spark Displayed) ☐ | OTHER _____ | | |
| OTHER _____ | OTHER _____ | | | |

39. * OC/CHEMICAL WEAPON AUTHORIZED BY (NAME) ☐ DNA

| POSITION | STAR NO. | UNIT |
|---|---|---|

40. ADDITIONAL INFORMATION

R/O'S ATTEMPTED TO ASSIST CFD TO BRING SUBJECT INTO AMBULANCE. SUBJECT CLENCHED HIS FISTS IN AN AGGRESSIVE MANNER. R/O VIDLJINOVIC #4051, FEELING AN IMMENENT THREAT OF RECIEVING A BATTERY GAVE THE VERBAL COMMAND OF "TASER, TASER, TASER" AND TASED SUBJECT.

## WEAPON DISCHARGE INCIDENT

| 41. WEAPON TYPE | 42. INCIDENT OCCURRED | 43. LIGHTING CONDITIONS | 44. WEATHER CONDITIONS |
|---|---|---|---|
| ☐ 01 REVOLVER ☐ 04 SEMI-AUTO PISTOL | ☐ Indoors ☒ Outdoors | ☐ 02 Night ☐ 03 Dawn ☐ 01 Daylight ☐ 04 Dusk | CLEAR |
| ☐ 02 RIFLE ☐ 05 CHEMICAL WEAPON | | ☐ 05 Poor Artificial ☒ 06 Good Artificial | |
| ☐ 03 SHOTGUN ☒ 06 TASER (Probe Discharge) ☐ 07 OTHER | | | |

| 45. MAKE/MANUFACTURER | 46. MODEL | 47. BARREL LENGTH | 48. CALIBER/GAUGE |
|---|---|---|---|

| 49. TASER DART ID NO. | 50. WEAPON SERIAL No. (Include Letters) | 51. CHICAGO GUN REG. NO. | 52. IL FIREARM OWNER ID. NO. | 53. HANDGUN CERTIFICATE NO. |
|---|---|---|---|---|
| X00-565370 | C31000975 | | | |

| 54. SPECIAL WEAPON CERTIFICATE NO. | 55. PROPERTY INVENTORY NO. | 56. TYPE OF AMMUNITION USED | 57. NO. OF WEAPONS DISCHARGED BY THIS MEMBER. | 58. TOTAL NO. OF SHOTS MEMBER FIRED |
|---|---|---|---|---|
| | | | 1 | |

| 59. WHO FIRED FIRST SHOT | 60. WAS FIREARM RELOADED DURING INCIDENT | 61. NO OF CATRIDGES/SHOT SHELLS RELOADED | 62. HOW WAS MEMBER'S HANDGUN WORN |
|---|---|---|---|
| ☒ 01 MEMBER ☐ 02 OFFENDER ☐ 03 OTHER (SPECIFY) | ☐ 01 YES ☐ 02 NO | | ☐ 01 RT. SIDE (WAIST) ☐ 02 LT. SIDE (WAIST) ☐ 03 OTHER (Specify) |

| 63. HOW WAS MEMBER'S HANDGUN DRAWN | 64. SPECIFY METHOD/EQUIPMENT USED TO RELOAD | 65. DID MEMBER USE SIGHTS |
|---|---|---|
| ☐ 01 STRONG SIDE DRAW ☐ 02 CROSS DRAW ☐ 03 OTHER (Specify) | | ☐ 01 YES ☐ 02 NO |

66. DESCRIBE PROTECTIVE COVER USED (LIGHT POLES, DOORWAYS, CAR, FURNITURE, ETC)

67. DISTANCE BETWEEN INVOLVED MEMBER & OFFENDER WHEN FIRST SHOT WAS FIRED
☐ 01 0 - 05 FT.  ☐ 02 05 - 10 FT.  ☐ 03 10 - 15 FT.  ☐ 04 OVER 15 FT.

| 68. PERSON/OBJECT STRUCK AS RESULT OF THE DISCHARGE OF MEMBERS WEAPON | 69. POSITION OF MEMBER DISCHARGING WEAPON |
|---|---|
| ☐ 01 PERSON ☐ 02 OBJECT ☐ 03 BOTH ☐ 04 UNKNOWN | ☐ 01 STANDING ☐ 02 LYING DOWN ☐ 03 SITTING ☐ 04 KNEELING ☐ 05 OTHER (SPECIFY) |

70. EVENT NO. 1120302564

## 72. CASE INFO.

NOTIFICATIONS (OC OR TASER INCIDENT): ☒ OEMC ☒ DESK SGT.& W.C./DIST. OF OCCUR.
NOTIFICATIONS (FIREARM INCIDENT): ☐ OEMC ☐ DESK SGT.& W.C./DIST. OF OCCUR. ☐ OP COMMAND ☐ DET. DIV.

Members will ensure that all required notifications and all witnesses to this use of force are documented in the appropriate case report.

71. R.D. NO. HT409496

## SIGNATURES

| 73. REPORTING MEMBER (Print Name) | STAR/EMPLOYEE NO. | SIGNATURE |
|---|---|---|
| VIDLJINOVIC, STEVAN  22-JUL-2011 04:52:36 | 4051 / 106133 | PC0Z919 |

Reviewing supervisor will ensure the legibility and completeness of this report and attest by entering the required information below.

| 74. REVIEWING SUPERVISOR (Print Name) | STAR NO. | SIGNATURE | DATE REVIEWED | TIME |
|---|---|---|---|---|
| KEARNS, MARK E | 1811 | PC0U445 | 22-JUL-2011 | 04:58:14 |

CPD-11.377 (REV. 10/07)

FCRL000005

PLAINTIFF'S EXHIBIT 7 (Blumberg No. 5113)

## WATCH COMMANDER/OCIC REVIEW

THE WATCH COMMANDER WILL COMPLETE THE REVIEW SECTION FOR 1.) ALL INCIDENTS THAT DID NOT INVOLVE THE DISCHARGE OF A FIREARM; 2.) FIREARM DISCHARGE INCIDENTS INVOLVING THE DESTRUCTION OF AN ANIMAL OR; 3.) ACCIDENTAL DISCHARGE OF A FIREARM NOT RESULTING IN AN INJURY TO ANY PERSON.

THE ADS WILL COMPLETE THE REVIEW SECTION FOR ALL INCIDENTS INVOLVING; 1.) THE DISCHARGE OF A FIREARM OR IMPACT MUNITIONS BY OR AT A DEPARTMENT MEMBER EXCEPT FOR AN ANIMAL DESTRUCTION OR AN ACCIDENTAL DISCHARGE THAT DOES NOT RESULT IN AN INJURY TO ANY PERSON; 2.) MEMBER'S USE OF FORCE BY WHATEVER MEANS THAT RESULTS IN THE DEATH OF A PERSON; 3.) ANY LESSER USE OF FORCE BY A DEPARTMENT MEMBER WHEN THAT USE OF FORCE STEMS FROM THE SAME INCIDENT DESCRIBED HERE IN 1 OR 2.

**75. SUBJECT'S STATEMENT REGARDING THE USE OF FORCE** — [ ] DNA   [ ] REFUSED   [X] UNABLE TO INTERVIEW (Specify Reason)

Subject receiving treatment at Mt. Sinai and is unavailable for interview.

**76. WATCH COMMANDER/OCIC RATIONALE FOR BOX 77 FINDING**

Based on information available at this time, it is the opinion of the Reporting Lieutenant hat the officer's actions were in compliance with department policy regarding use of force.

Log #

**77. WATCH COMMANDER/OCIC FINDING BASED UPON CURRENTLY AVAILABLE INFORMATION:**

[X] I HAVE CONCLUDED THAT THE MEMBER'S ACTIONS WERE IN COMPLIANCE WITH DEPARTMENT PROCEDURES AND DIRECTIVES.

[ ] I HAVE CONCLUDED THAT FURTHER INVESTIGATION IS REQUIRED.

LOG NO./CRNO._____ OBTAINED

| 78. WATCH COMMANDER/OCIC (Print Name) | SIGNATURE | DATE COMPLETED    TIME |
|---|---|---|
| DUBIEL, ROBERT H | PC0L394 | 22-JUL-2011 05:12:20 |

**79. DISTRIBUTION OF ORIGINAL TRR:**

A TRR PACKET, INCLUDING THE TRR AND COPIES OF THE BELOW LISTED ATTACHMENTS WILL BE FORWARDED TO THE OFFICE OF PROFESSIONAL STANDARDS.

ATTACHMENTS - PHOTOCOPIES OF:
- [ ] SUPPLEMENTARY REPORT
- [ ] CASE REPORT
- [X] OFFICER BATTERY REPORT
- [ ] ARREST REPORT
- [ ] TO-FROM-SUBJECT REPORTS FROM DEPARTMENT WITNESS(ES)
- [ ] I.O.D. REPORT
- [ ] CR INITIATION REPORT

**80. TOTAL TRR's THIS EVENT No.** 1