**TAB 35**



John P. DeRose <john@johnderoselaw.com>

## Materials in the José Lopez case for your perusal
4 messages

**John P. DeRose** <john@johnderoselaw.com>                Mon, Mar 24, 2014 at 11:57 AM
To: Lakenya.white@iprachicago.org
Bcc: Franco Carone <fcarone@aol.com>, Caitlyn DeRose <Caitlyn@johnderoselaw.com>, Elinor Ojeda <elinorojeda@gmail.com>, jessica cardiel <j-h.cardiel@sbcglobal.net>, lupitasvending@yahoo.com

Ms. White:

As we discussed last week, attached please find materials that I hope will help you further your investigation into the Jose Lopez case. I am attaching a copy of the 4th Amended Complaint, the deposition of Officer Alamillo and Officer Guettler, the officers who arrived first on the scene and immediately requested that an officer with a Taser be sent, and the deposition of Officer Vidijinovic, the officer who actually tased my client within four minute after the initial arrival of the Chicago Police Department in response to the summons by paramedics from the Chicago Fire Department.

I'm also attaching a summation of the dispatch records from the Chicago Fire Department and the Chicago Police Department which will show that the Fire Department personnel were on the scene for 15 minutes trying to convince my client to get into an ambulance. When he refused all medical attention, which is this right to so do, police were summoned, he was tased, and rushed to Mount Sinai Hospital. Within hours after his arrival at the hospital, a severe brain bleed was detected and he went through a series of brain surgeries. As we discussed, José Lopez is not able to verbally communicate with you, but I understand that on a good day Jose can either nod his head or blink his eyes in response to yes or no questions.

--
John P. DeRose
John P. DeRose and Associates
15 Spinning Wheel Road
Suite 428
Hinsdale, Illinois 60521
(630) 920-1111 (phone)
(630) 920-1170 (fax)

**Confidentiality Notice**

The information contained in this EMAIL message is attorney privileged and confidential information intended only for the use of the designated recipient named above. If the reader of this message is not the intended recipient or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by regular mail.
Thank you.

---

**5 attachments**

 **Fourth Amended Complaint (Lopez case).docx**
52K

 **Deposition of Officer Alamillo (condensed).pdf**
465K

 **Deposition of Officer John Guettler (José Lopez).pdf**
372K

 **Deposition of Officer Vidljinovic (condensed).pdf**
553K

 **Summation of the Dispatch Logs.docx**
14K

**White, Lakenya N.** <Lakenya.White@iprachicago.org>　　　　　　　　　　Mon, Mar 24, 2014 at 4:02 PM
To: "John P. DeRose" <john@johnderoselaw.com>

Attorney DeRose,

Thank you so much for the depositions. If possible, when you receive all the other depositions, can you forward a copy to me? Also, are you able to copy Mr. Lopez's medical records onto a CD that can be mailed or picked up? Thank you so much for your cooperation thus far.

**LaKenya N. White**

Investigator

Independent Police Review Authority

1615 W. Chicago Avenue

Chicago, IL 60622

(312) 746-3609

**From:** John P. DeRose [mailto:john@johnderoselaw.com]
**Sent:** Monday, March 24, 2014 11:57 AM
**To:** White, Lakenya N.
**Subject:** Materials in the José Lopez case for your perusal

[Quoted text hidden]

**John P. DeRose** <john@johnderoselaw.com>　　　　　　　　　　Mon, Mar 24, 2014 at 5:11 PM
To: "White, Lakenya N." <Lakenya.White@iprachicago.org>

Ms. White:

I have all the other depositions, I can send them to you on Wednesday. I will be out of the office all day tomorrow. If it seems like I forgot, please remind me again.

It would take me much too long to take 20 volumes of records and scan them onto a disk. But I do know that Corporation counsel has all 20 volumes on a disc already. It would be very simple for one of the Corporation counsel to just burn a disc for you.
[Quoted text hidden]

**John P. DeRose** <john@johnderoselaw.com>　　　　　　　　　　Wed, Mar 26, 2014 at 1:50 PM
To: "White, Lakenya N." <Lakenya.White@iprachicago.org>

Ms. White:

I was out of the office all day yesterday. I'm going back to a deposition and 15 minutes today. I will be out of the office downtown all day tomorrow take your deposition in another case. Here are the other deposition transcripts you requested. I will forward the deposition transcripts in two separate emails so that it is easy to forward.

I will be in the office on Friday if you need to talk to me at all.

[Quoted text hidden]

**4 attachments**

 deposition of Guadalupe Guzman (condensed) (López).pdf
430K

 Deposition of Sgt Mark Kearns (condensed).pdf
449K

 Dep of Dr. Sturgill (condensed).pdf
254K

 Dep of Daniel Lopez condensed (1).pdf
307K