UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Jose Lopez
                              Plaintiff,

v.                                        Case No.: 1:12−cv−05751
                                          Honorable John Robert Blakey

City of Chicago, Illinois, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 22, 2017:

    MINUTE entry before the Honorable John Robert Blakey: Jury deliberation completed on 2/22/2017. Jury verdict reached on liability. Jury trial continued regarding damages on 2/23/2017 at 10:30 a.m in Courtroom 1725; attorneys shall arrive at 10:00 a.m. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.