**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Jose Lopez
                        Plaintiff,

v.                                               Case No.: 1:12−cv−05751
                                                     Honorable John Robert Blakey

City of Chicago, Illinois, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 23, 2017:

      MINUTE entry before the Honorable John Robert Blakey: Jury trial held on 2/23/2017 and continued to 2/24/2017 at 10:00 a.m. in Courtroom 1725; attorneys shall appear at 9:30 a.m. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.