# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Jose Lopez

                       Plaintiff,

v.                                                Case No.: 1:12−cv−05751
                                                       Honorable John Robert Blakey

City of Chicago, Illinois, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 24, 2017:

      MINUTE entry before the Honorable John Robert Blakey: Settlement conference held on 2/24/2017. Parties have reached a binding agreement on the record. Case dismissed without prejudice. Dismissal will convert to a dismissal with prejudice upon notice that the parties have executed final settlement documents and funding. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.