# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Jose Lopez

                    Plaintiff,

v.                                           Case No.: 1:12−cv−05751
                                                Honorable John Robert Blakey

City of Chicago, Illinois, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 12, 2017:

      MINUTE entry before the Honorable John Robert Blakey: The Court is in receipt of Plaintiff's motion for reconsideration [213]. Plaintiff's present motion, like his original request [210], asks the Court to impose a certain contingency fee arrangement between Plaintiff's estate and Plaintiff's counsel. This contingency fee arrangement, however, was not a material term of the parties' settlement agreement [197]. In short, the present motion conflates the Court's jurisdiction to enforce the material terms of the settlement agreement (which is undisputed) with the Court's putative supplemental jurisdiction over a hypothetical fee dispute between Plaintiff's counsel and Plaintiff's estate (which the Court declines, to the extent it exists at all). Plaintiff's motion for reconsideration [213] is accordingly denied, and the 6/13/2017 notice of motion date is stricken. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.