IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE LOPEZ, by his wife and next best friend, Sandra Cardiel, )<br>　　　　Plaintiff, )<br>　　　　v. )<br>STEVAN VIDLJINOVIC, Star No. 4051, JOHN D. GUETTLER, Star No. 5174, JOSE VALDOVINOS, Star No. 11820, ANTONIO J. VALENZUELA, Star No. 14123, MANUEL GONZALEZ, Jr. Star No. 11733, ARMANDO ALAMILLO, Star No. 106912, JOSEPH DE MONICA, Empl. No. 27496, DANIEL LOPEZ, Star No. 3477, SUPERVISING SERGEANT MARK E. KEARNS, Star No. 1811, and WATCH COMMANDER ROBERT H. DUBIEL, Star No. 194, individually and in their official capacities as police officers for the City of Chicago, PARAMEDIC SANDRA CHEATHAM, PARAMEDIC JULIO MENDOZA, individually and in their official capacities as paramedics for the City of Chicago, and the CITY OF CHICAGO, ILLINOIS, a municipal corporation and a body politic, )<br>　　　　Defendants. ) | Case No. 12 CV 5751<br><br>Hon. John Robert Blakey, Judge Presiding. |

**DEFENDANTS' AGREED MOTION FOR ENTRY OF A**
**FINAL AGREED ORDER OF DISMISSAL**

Defendants City of Chicago, Stevan Vidljinovic, John D. Guettler, Jose Valdovinos, Antonio J. Valenzuela, Manuel Gonzalez, Jr., Armando Alamillo, Joseph DeMonica, Daniel Lopez, Mark E. Kearns, Robert H. Dubiel, Sandra Cheatham, and Julio Mendoza, by their attorneys, move this Court for entry of a final agreed order of dismissal of all of Plaintiff's claims against Defendants with prejudice, and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement herein. In support thereof, Defendants state as follows:

1.On February 24, 2017, the Court held a settlement conference at which the parties to this action reached a binding settlement agreement on the record. The case was dismissed without prejudice, with the dismissal to convert to a dismissal with prejudice upon notice that the parties have executed final settlement documents and funding. (Doc. #197).

2.The settlement reached by the parties was subject to approval by the Chicago City Council.

3.On August 24, 2017, the parties executed a Release and Settlement Agreement.

4.On September 6, 2017, the Chicago City Council approved the settlement, and passed an order authorizing the Corporation Counsel of the City of Chicago to execute the settlement of this matter.

5.On December 29, 2017, plaintiff filed a motion to voluntarily dismiss his appeal to the United States Court of Appeals for the Seventh Circuit regarding the issue of attorneys' fees (USCA 7th Circuit Case No. 17-2211). On January 4, 2018, the Seventh Circuit entered an order dismissing the case pursuant to Federal Rule of Appellate Procedure 42(b) and issued a notice of mandate. (Doc. #226, #227).

6.On January 31, 2018, the Probate Division of the Circuit Court of Cook County, Illinois entered an order approving the settlement and distribution of the settlement proceeds in the matter of the Estate of Jose Lopez, a disabled person, Case No. 2017 P 2952.

7.On February 1, 2018, the parties executed an Addendum to the Release and Settlement Agreement setting forth the payment and distribution of the settlement proceeds in accordance with the Probate Court's January 1, 2018 order.

8. On February 7, 2018, the Probate Court entered an amended order nunc pro tunc as of January 31, 2018 in the matter of the Estate of Jose Lopez, a disabled person, Case No. 2017 P 2952, to correct a clerical error in one of the payment amounts set forth in the original order. Exhibit A.

9. In light of the approval of the settlement by the Chicago City Council, the approval of the settlement and distribution of the proceeds by the Probate Court, and in accordance with the terms of the Release and Settlement Agreement, Defendants seek entry of a final agreed order dismissing all of Plaintiff's claims against Defendants City of Chicago, Stevan Vidljinovic, John D. Guettler, Jose Valdovinos, Antonio J. Valenzuela, Manuel Gonzalez, Jr., Armando Alamillo, Joseph DeMonica, Daniel Lopez, Mark E. Kearns, Robert H. Dubiel, Sandra Cheatham, and Julio Mendoza with prejudice, and with each side bearing its own costs and attorneys' fees.

10. Plaintiff has no objection to this motion and the proposed Final Agreed Order of Dismissal. The parties have executed a Stipulation to Dismiss simultaneously filed with this motion.

11. Defendants have submitted a proposed Final Agreed Order of Dismissal for the Court's consideration at Proposed_Order_Blakey@ilnd.uscourts.gov pursuant to the Court's case procedures.

WHEREFORE, Defendants City of Chicago, Stevan Vidljinovic, John D. Guettler, Jose Valdovinos, Antonio J. Valenzuela, Manuel Gonzalez, Jr., Armando Alamillo, Joseph DeMonica, Daniel Lopez, Mark E. Kearns, Robert H. Dubiel, Sandra Cheatham, and Julio Mendoza, respectfully request this Court to enter a final agreed order of dismissal, and to dismiss

all of Plaintiff's claims against Defendants with prejudice, and with each side bearing its own costs and attorneys' fees, in accordance with the Release and Settlement Agreement herein.

                                            Respectfully submitted,

Dated: February 12, 2018        BY:   /s/ Joseph M. Polick
                                                   JOSEPH M. POLICK, Attorney No. 6203682
                                                   *One of the Attorneys for Defendants*

James G. Sotos
Joseph M. Polick
Laura M. Ranum
THE SOTOS LAW FIRM, P.C.
550 East Devon Avenue, Suite 150
Itasca, Illinois 60143
Tel: (630) 735-3300
jpolick@jsotoslaw.com