# EXHIBIT A

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - PROBATE DIVISION

ESTATE OF:                              )
                                        )
JOSE LOPEZ,                             )     No. 2017 P 002952
A/K/A JOHN NEVAREZ                      )
An Alleged Disabled Person              )

**NUNC PRO TUNC AMENDED**
**ORDER APPROVING GUARDIAN'S PETITION TO APPROVE SETTLEMENT OF CAUSE OF ACTION IN A DISABLED PERSON'S ESTATE**

**THIS MATTER**, coming on to be heard on the Petition of Giselle Nevarez, Plenary Guardian, Petition to Approve Settlement of Cause of Action In a Disabled Person's Estate, the Plenary Guardian and counsel for the Plenary Guardian being present in open court, and the Court having reviewed the Emergency Petition and the exhibits attached thereto and having heard the arguments of Counsel, and having otherwise been fully advised in the premises;

**THEREFORE, IT IS HEREBY ORDERED THAT:**

The Petition to Approve Settlement of Cause of Action In a Disabled Person's Estate is hereby GRANTED and it is hereby Ordered as follows:

1. Leave is hereby granted to the Plenary Guardian allowing final authority to settle the cause of action for the sum offered, including the Structured Settlement, and to pay or distribute the proceeds as follows:

    A. The amount of Plaintiff's attorney's fees of $3,800,000.00 shall be deposited with the Clerk of the Circuit Court of Cook County in this matter, pending final adjudication of the dispute between the Plaintiff's attorneys as to the division of attorney's fees between them;

    B. The Court finds that the amount of $79,617.06 as and for court costs are reasonable and necessary as a reimbursement to FRANCO CARONE, Attorney at Law;

    C. To Pay the HFS lien of $624,588.43 to the Illinois Department of Health Care and Family Services;

Page 1 of 3

D. The proposed Structured Settlement is hereby approved as follows:

i. Payments to JOSE LOPEZ, the Disabled Person: $12,500.00 per month for life to be paid to the JOSE LOPEZ OBRA Pay Back Trust established for the benefit of Jose Lopez, guaranteed for minimum of 15 years, with an additional guaranteed lump sum in the amount of $400,000.00 payable 10 years from the funding date;

ii. Payments to SANDRA CARDIEL, the Spouse of Jose Lopez: immediate lump sum of $100,000.00; monthly income of $2,000.00 per month from funding date, guaranteed for 35 years, with an additional lump sum paid at age 65;

iii. Payments to GISELLE NEVAREZ, an adult daughter of Jose Lopez: an immediate lump sum of $25,000.00, with subsequent lump sum payments of $25,000.00 each at age 25, 30, 35, 40, 45, and a final lump sum of $100,000.00 payable at age 50;

iv. Payments to JOHN NEVAREZ, an adult son of Jose Lopez: an immediate lump sum of $25,000.00, with subsequent lump sum payments of $25,000.00 each at age 25, 30, 35, 40, 45, and a final lump sum of $100,000.00 payable at age 50;

v. Payments to or for the benefit of NAHUM ALEXANDER GUZMAN, a minor son of Jose Lopez, to be paid to KRISTEN JOHNSON, as Guardian of NAHUM ALEXANDER GUZMAN during his minority: Monthly income of $250.00 beginning from funding date guaranteed through age 25; $25,000.00 per year guaranteed for 4 years starting at age 18; final lump sum of $50,000.00 at age 30.

vi. Payments to or for the benefit of TAIS ISABEL GUZMAN, a minor daughter of Jose Lopez, to be paid to KRISTEN JOHNSON, as Guardian of TAIS ISABEL GUZMAN during her minority: Monthly income of $250.00 beginning from funding date guaranteed through age 25; $25,000.00 per year guaranteed for 4 years starting at age 18; final lump sum of $50,000.00 at age 30;

vii. To Alan T. Kaminski, as Attorney for the Guardian, attorneys fees and costs in the amount of $12,914.04 pursuant to Petition separately submitted;

viii To Matthew McQuiston, fees as Guardian ad Litem, in the amount of $7,645.00, pursuant to Petition separately submitted; and,

ix. To Kenneth M. Bloom as Attorney for the Guardian in the amount of $7,500.00 for preparation of and for establishment of the JOSE LOPEZ OBRA Pay Back Trust (as previously approved per court order dated August 25, 2017) as well as to pay Kenneth M. Bloom the fees previously approved by this Court on 12/13/2017 in the amount of $6.930.00, for a total of $14,430.00.

x. To pay the annuity premiums to Liberty Mutual Life Insurance Co. And to Metropolitan Tower Life Insurance Co. as follows:

    a. Metropolitan Tower Life:      $1,489,098.43

    b. Liberty Mutual Life Insurance Co.      2,539,832.00

E. That the balance of the settlement proceeds of $781,875.04 shall be paid to the ATG Trust Company as Trustee of the JOSE LOPEZ OBRA Pay Back Trust.

2. That upon establishment and funding of the JOSE LOPEZ OBRA Pay Back Trust, that the Court shall retain jurisdiction over the Trust and the Trustee, and that the bond of GISELLE NEVAREZ be terminated.

3. This matter is set for status hearing at 10:00 AM on February 7, 2018.

4. This Order is effective Nunc Pro Tunc as of January 31, 2018, the date of entry of the original Order Approving Guardian's Petition to Approve Settlement of Cause of Action in a Disabled Person's Estate.

**ENTER:**

_____
**Judge**

_____
**Date**

*ENTERED*
*Judge Shauna L. Boliker*
*FEB 07 2018*
*Circuit Court - 2106*

ALAN T. KAMINSKI
Law Offices of Alan T. Kaminski
220 E. North Avenue
Northlake IL 60164
708-531-0101
Attorney Number: 50104