IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE LOPEZ, by his wife and next best friend, Sandra Cardiel, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEVAN VIDLJINOVIC, Star No. 4051, JOHN D. )<br>GUETTLER, Star No. 5174, JOSE VALDOVINOS, Star No. )<br>11820, ANTONIO J. VALENZUELA, Star No. 14123, )<br>MANUEL GONZALEZ, Jr. Star No. 11733, ARMANDO )<br>ALAMILLO, Star No. 106912, JOSEPH DE MONICA, Empl. )<br>No. 27496, DANIEL LOPEZ, Star No. 3477, SUPERVISING )<br>SERGEANT MARK E. KEARNS, Star No. 1811, and WATCH )<br>COMMANDER ROBERT H. DUBIEL, Star No. 194, )<br>individually and in their official capacities as police officers for )<br>the City of Chicago, PARAMEDIC SANDRA CHEATHAM, )<br>PARAMEDIC JULIO MENDOZA, individually and in their )<br>official capacities as paramedics for the City of Chicago, and the )<br>CITY OF CHICAGO, ILLINOIS, a municipal corporation and a )<br>body politic, )<br>)<br>Defendants. ) | Case No. 12 CV 5751<br><br>Hon. John Robert Blakey,<br>Judge Presiding. |

**STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties, that the settlement has been approved by the Chicago City Council, and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Final Agreed Order of Dismissal.

_____
John P. DeRose
Attorney for Plaintiff, Jose Lopez, by
Giselle Nevarez, plenary guardian of the estate
and person of Jose Lopez, a/k/a John Nevarez
John P. DeRose & Associates
15 Spinning Wheel Road, Suite 428
Hinsdale, Illinois 60521
(630) 920-1111
Attorney No. 620300

DATE: 2/8/18

_____
Caitlyn F. DeRose
Attorney for Plaintiff, Jose Lopez, by
Giselle Nevarez, plenary guardian of the estate
and person of Jose Lopez, a/k/a John Nevarez
John P. DeRose & Associates
15 Spinning Wheel Road, Suite 428
Hinsdale, Illinois 60521
(630) 920-1111
Attorney No. 6304707

DATE: 2/8/18

_____
Franco N. Carone
Attorney for Plaintiff, Jose Lopez, by
Giselle Nevarez, plenary guardian of the estate
and person of Jose Lopez, a/k/a John Nevarez
Carone Law Offices
1559 Mannheim Road, Suite 2A
Stone Park, Illinois 60165
(708) 856-8311
Attorney No. 6226665

DATE: _____

City of Chicago
a Municipal Corporation

Edward N. Siskel
Corporation Counsel
Attorney for defendant City of Chicago

BY: _____
Steffanie Garrett
Deputy Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-6959
Attorney No. 6206951

DATE: 2/8/18

_____
James G. Sotos
Joseph M. Polick
Laura M. Ranum
Special Assistant Corporation Counsel
Attorney for Defendants, City of Chicago,
Stevan Vidljinovic, John D. Guettler, Jose
Valdovinos, Antonio J. Valenzuela, Manuel
Gonzalez, Jr., Armando Alamillo, Joseph DeMonica,
Daniel Lopez, Mark E. Kearns, Robert H. Dubiel,
Sandra Cheatham, and Julio Mendoza
The Sotos Law Firm, P.C.
550 E. Devon Avenue, Suite 150
Itasca, Illinois 60143
(630) 735-3300
Attorney No. 6203682

DATE: 2-8-2018

2

_____
John P. DeRose
Attorney for Plaintiff, Jose Lopez, by
Giselle Nevarez, plenary guardian of the estate
and person of Jose Lopez, a/k/a John Nevarez
John P. DeRose & Associates
15 Spinning Wheel Road, Suite 428
Hinsdale, Illinois 60521
(630) 920-1111
Attorney No. 620300

DATE:_____

_____
Caitlyn F. DeRose
Attorney for Plaintiff, Jose Lopez, by
Giselle Nevarez, plenary guardian of the estate
and person of Jose Lopez, a/k/a John Nevarez
John P. DeRose & Associates
15 Spinning Wheel Road, Suite 428
Hinsdale, Illinois 60521
(630) 920-1111
Attorney No. 6304707

DATE:_____

_/s/ Franco N. Carone_____
Franco N. Carone
Attorney for Plaintiff, Jose Lopez, by
Giselle Nevarez, plenary guardian of the estate
and person of Jose Lopez, a/k/a John Nevarez
Carone Law Offices
1559 Mannheim Road, Suite 2A
Stone Park, Illinois 60165
(708) 856-8311
Attorney No. 6226665

DATE: 2/8/18

City of Chicago
a Municipal Corporation

Edward N. Siskel
Corporation Counsel
Attorney for defendant City of Chicago

BY: _____
Steffanie Garrett
Deputy Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-6959
Attorney No. 6206951

DATE: _____

_____
James G. Sotos
Joseph M. Polick
Laura M. Ranum
Special Assistant Corporation Counsel
Attorney for Defendants, City of Chicago,
Stevan Vidljinovic, John D. Guettler, Jose
Valdovinos, Antonio J. Valenzuela, Manuel
Gonzalez, Jr., Armando Alamillo, Joseph DeMonica,
Daniel Lopez, Mark E. Kearns, Robert H. Dubiel,
Sandra Cheatham, and Julio Mendoza
The Sotos Law Firm, P.C.
550 E. Devon Avenue, Suite 150
Itasca, Illinois 60143
(630) 735-3300
Attorney No. _____

DATE: _____

## **CERTIFICATE OF SERVICE**

      I certify under penalty of perjury, pursuant to 28 U.S.C.A. § 1746, that on February 12, 2018, I electronically filed the foregoing **Stipulation to Dismiss** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants listed in the below service list:

| *Attorneys for Plaintiff* | *Attorneys for Defendant City of Chicago* |
|---|---|
| John P. DeRose | Jonathan C. Green |
| Caitlyn F. DeRose | Raoul V. Mowatt |
| John P. DeRose & Associates | City of Chicago – Law Department |
| 15 Spinning Wheel Rd. – Suite 428 | 30 N. LaSalle Street – Suite 900 |
| Hinsdale, Illinois 60521 | Chicago, Illinois 60602 |
| (630) 920-1111 | (312) 744-3283 |
| john@johnderoselaw.com | jonathan.green@cityofchicago.org |
| caitlyn@johnderoselaw.com | raoul.mowatt@cityofchicago.org |

Franco Carone
Carone Law Offices
1559 Mannheim Rd. – Suite 2A
Stone Park, Illinois 60165
(708) 856-8311
fcarone@aol.com