# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOSE LOPEZ, by his wife and next best friend, Sandra Cardiel,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>STEVAN VIDLJINOVIC, Star No. 4051, JOHN D. )<br>GUETTLER, Star No. 5174, JOSE VALDOVINOS, )<br>Star No. 11820, ANTONIO J. VALENZUELA, )<br>Star No. 14123, MANUEL GONZALEZ, Jr. Star )<br>No. 11733, ARMANDO ALAMILLO, Star No. )<br>106912, JOSEPH DE MONICA, Empl. No. 27496, )<br>DANIEL LOPEZ, Star No. 3477, SUPERVISING )<br>SERGEANT MARK E. KEARNS, Star No. 1811, )<br>and WATCH COMMANDER ROBERT H. )<br>DUBIEL, Star No. 194, individually and in their )<br>official capacities as police officers for the City of )<br>Chicago, PARAMEDIC SANDRA CHEATHAM, )<br>PARAMEDIC JULIO MENDOZA, individually )<br>and in their official capacities as paramedics for )<br>the City of Chicago, and the CITY OF CHICAGO, )<br>ILLINOIS, a municipal corporation and a body )<br>politic,  )<br>)<br>Defendants.  ) | Case No. 12 CV 5751<br><br>Hon. John Robert Blakey |

## FINAL AGREED ORDER OF DISMISSAL

This matter coming before the Court on the agreed motion of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, Plaintiff, Jose Lopez, by Giselle Nevarez, plenary guardian of the estate and person of Jose Lopez, a/k/a John Nevarez, by his attorneys, John P. DeRose, Caitlyn F. DeRose, and Franco N. Carone, and defendants, Stevan Vidljinovic, John D. Guettler, Jose Valdovinos, Antonio J.

Valenzuela, Manuel Gonzalez, Jr., Armando Alamillo, Joseph DeMonica, Daniel Lopez, Mark E. Kearns, Robert H. Dubiel, Sandra Cheatham, and Julio Mendoza, by their attorneys, James G. Sotos, Joseph M. Polick, and Laura M. Ranum, Special Assistant Corporation Counsel; and Kelly C. Bauer, Assistant Corporation Counsel, and defendant City of Chicago, by its attorney, Edward N. Siskel, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement, the Chicago City Council having enacted an ordinance authorizing the settlement agreement and payment of the funds agreed upon in the Release and Settlement Agreement, the Court having approved the settlement pursuant to Local Rule 17.1 of the United States District Court for the Northern District of Illinois, and the Court being otherwise fully advised in the premises, orders as follows:

All of the claims of Plaintiff, Jose Lopez, by Giselle Nevarez, plenary guardian of the estate and person of Jose Lopez, a/k/a John Nevarez, against defendants, City of Chicago, Stevan Vidljinovic, John D. Guettler, Jose Valdovinos, Antonio J. Valenzuela, Manuel Gonzalez, Jr., Armando Alamillo, Joseph DeMonica, Daniel Lopez, Mark E. Kearns, Robert H. Dubiel, Sandra Cheatham, and Julio Mendoza, are dismissed with prejudice and with each party bearing its own costs and attorneys' fees.

Dated: February 14, 2018          Entered:

_____
John Robert Blakey
United States District Judge